UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Bragg                                     Docket No. 7:14-CR-111-2BO

## Petition for Action on Supervised Release

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Bragg, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on May 13, 2015, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

James Bragg was released from custody on September 14, 2016, at which time the term of supervised release commenced.

On January 8, 2018, a DROPS Sanction Report to the Court was filed advising that the defendant submitted to a urinalysis on December 20, 2017, that yielded positive results for marijuana, and would be serving a 2-day jail term as scheduled by the Bureau of Prisons. Additionally, he was referred to Coastal Horizons, Inc. for substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 8, 2018, the defendant submitted to a urinalysis that yielded positive results for marijuana. When confronted, he admitted to using marijuana and expressed remorse for his continued lapse in judgment. Given the defendant's remorse and the recent referral to substance abuse counseling, it is recommended that he be ordered to complete 12 hours of community service and continued on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: March 16, 2018 |

James Bragg
Docket No. 7:14-CR-111-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___19___ day of ___March___, 2018, and ordered filed and made a part of the records in the above case.

*[signature: Terrence Boyle]*
Terrence W. Boyle
U.S. District Judge